JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| DAMASCUS ROAD, LLC dba BRIDGES TO LIFE DETOX,<br><br>Plaintiff,<br><br>v.<br><br>PACIFICSOURCE HEALTH PLANS, A Corporation, and DOES 1 to 5,<br><br>Defendants. | CASE NO.: 8:19-CV-00473- JLS-ADS<br><br>**ORDER ON STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**<br><br>Notice of Removal Filed: 03/11/2019<br>Trial Date: None Set |
|---|---|

Presently before the Court is the parties' Stipulation of Dismissal of Action with Prejudice. Good cause appearing, the Court GRANTS the Stipulation. As stipulated by the parties, the Court DISMISSES WITH PREJUDICE the action in its entirety with each party to bear its own attorney's fees and costs. The Clerk of Court will close the file. IT IS SO ORDERED.

Dated: November 18, 2019

By: JOSEPHINE L. STATON
Hon. Josephine L. Staton